IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANDREW PERRONG,** | : | **CIVIL ACTION** |
| **On Behalf of Himself and** | : | |
| **All Others Similarly Situated** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **BROADLEAF MARKETING & SEO, LLC** | : | **NO. 20-4230** |

## ORDER

**NOW,** this 3rd day of September, 2020, it is **ORDERED** that no later than **September 18, 2020**, the plaintiff shall file a notice with the Clerk listing all cases in any court in which he is and ever was a plaintiff seeking relief under the Telephone Consumer Protection Act for a defendant's failure to comply with the Act's accessibility requirements. The list shall include the following information for each case: the plaintiff's attorney(s); the court in which the action was filed; the full caption of the case; the case number; the name of the defendant(s) and, if any, the defendant's attorney(s); and the disposition of the case.

/s/ TIMOTHY J. SAVAGE J.